# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BC LICENSING, LLC,

    Plaintiff,

v.

DMD CHICKEN, LLC, *et al.,*

    Defendants.

Case No.: 2:25-cv-00453-JAD-NJK

**Order**

[Docket No. 26]

    Pending before the Court is the parties' stipulation to extend the deadline for Plaintiff to respond to Defendant DMD Chicken, LLC's counterclaim. Docket No. 26. The stipulation seeks to extend the deadline for Plaintiff's response pleading to twenty-one days from the date of acceptance of service for the remaining counter-defendants. *Id*. at 2. The parties offer no explanation as to why the extension is necessary or why the deadline should be based on the acceptance of service for remaining counter-defendants.

    Accordingly, the stipulation is **DENIED** without prejudice. Docket No. 26.

    IT IS SO ORDERED.

    Dated: April 9, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge