1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 01625
2  AKKE LEVIN, ESQ.
   Nevada Bar No. 09102
3  **GREENBERG TRAURIG, LLP**
4  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135
5  Telephone:  (702) 792-3773
   Email:      ferrariom@gtlaw.com
6              akke.levin@gtlaw.com

7  *Attorneys for BC Licensing, LLC*
8  *BCIP, LLC, JRS Hospitality, LLC,*
   *Perry Rogers, Shaquille O'Neal, Corey Jenkins,*
9  *Joshua Halpern, Matthew Silverman, and*
   *Samuel Stanovich*
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual,<br><br>Defendants. | Case No. 2:25-cv-00453-CDS-NJK<br><br><br>**ORDER TO EXTEND THE DEADLINE FOR BC LICENSING, LLC TO RESPOND TO THE COUNTERCLAIM** |
| DMD CHICKEN, LLC, a Florida limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; and | |

1

ACTIVE 709824490v1

SAMUEL STANOVICH, an individual,

Counterclaim Defendants.

IT IS HEREBY STIPULATED, between Plaintiff/Counter-Defendant BC LICENSING, LLC ("BC Licensing"), counter-defendants BCIP, LLC, JRS HOSPITALITY, LLC, PERRY ROGERS, SHAQUILLE O'NEAL, COREY JENKINS, JOSHUA HALPERN, and MATTHEW SILVERMAN (collectively "Counter-Defendants"), Defendant/Counterclaimant DMD CHICKEN, LLC ("DMD"), and defendants Frederick Burgess and Jack Flechner, by and through their respective undersigned counsel, as follows:

1. On March 18, 2025, DMD, Frederick Burgess, and Jack Flechner filed their answer and DMD filed its counterclaim against BC Licensing and the Counter-Defendants. *See* ECF No. 6.

2. On March 24, 2025, DMD filed proposed summonses for the Counter-Defendants. *See* ECF Nos. 10, 11, 12, 13, 14, 15, 16, and 17.

3. BC Licensing and the Counter-Defendants are represented by the same undersigned counsel and envisioned coordinating their response to the counterclaim as a matter of efficiency.

4. On March 28, 2025, counsel for BC Licensing and the Counter-Defendants advised counsel for DMD that it could accept service of the summons and Counterclaim for the Counter-Defendants.

5. On April 1, 2025, counsel for DMD advised that DMD was still waiting for the summonses to be issued.

6. The summonses for the Counter-Defendants were finally issued on April 7, 2025, the day before BC Licensing's response to the Counterclaim was due. *See* ECF Nos. 25-1-7.

7. BC Licensing seeks an extension to give it more time to prepare a response to the Counterclaim and to coordinate such response to the Counterclaim with that of the other Counter-Defendants, who are represented by the same counsel.

8. The Counter-Defendants have 21 days under FRCP 12(a)(1)(B) from April 9, 2025, the date of service of the summons and counterclaim.

2

ACTIVE 709824490v1

9. The Parties therefore stipulate that the deadline for all Counter-Defendants, including BC Licensing, will be April 30, 2025.

10. This stipulated extension is not sought in bad faith or for the purpose of delaying the proceedings.

This is the first request to extend the deadline for BC Licensing to respond to the Counterclaim.

Dated this 10th day of April 2025.

**GREENBERG TRAURIG, LLP**

By: /s/ Akke Levin
MARK E. FERRARIO
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for BC Licensing, LLC, BCIP, LLC, JRS Hospitality, LLC, Perry Rogers, Shaquille O'Neal, Corey Jenkins, Joshua Halpern, Matthew Silverman, and Samuel Stanovich*

Dated this 10th day of April 2025.

**BAILEY KENNEDY**

By: /s/ Joseph A. Liebman
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
NEVADA BAR NO. 16299
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

XAVIER M. BAILLIARD
*Pro Hac Vice*
MARISA RAUCHWAY
*Pro Hac Vice*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068

*Attorneys Defendant/Counter-Plaintiff DMD Chicken, LLC and defendants Frederick Burgess and Jack Flechner*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: April 11, 2025

3

ACTIVE 709824490v1