UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC,<br>    Plaintiff(s),<br>v.<br>DMD CHICKEN, LLC, et al.,<br>    Defendant(s). | Case No. 2:25-cv-00453-JAD-NJK<br>**Scheduling Order**<br>[Docket No. 40] |

    Pending before the Court is a joint discovery plan seeking special scheduling review for a discovery period of 223 days. Docket No. 40.

    The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The discovery plan seeks a longer period based on the pendency of motions to dismiss counterclaims, asserting that resolution of these motions "may have an impact" on discovery. Docket No. 40 at 3. The Court is unpersuaded that this reasoning justifies either any delay in discovery or an elongation of the presumptively reasonable discovery period. *Cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

    Accordingly, the discovery plan is **DENIED**. Case management deadlines[1] are **SET** pursuant to the default schedule as follows:

- Initial disclosures: May 22, 2025
- Amend pleadings/ add parties: June 16, 2025
- Initial experts: July 16, 2025
- Rebuttal experts: August 15, 2025
- Discovery cutoff: September 15, 2025

---

[1] The requirement to file an interim status report was removed from the local rules years ago, so the request to set such a deadline will be denied. *See* Docket No. 40 at 5.

1

- Dispositive motions:  October 14, 2025
- Joint proposed pretrial order:  November 13, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge