JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

XAVIER M. BAILLIARD
*(ADMITTED PRO HAC VICE)*
MARISA RAUCHWAY
*(ADMITTED PRO HAC VICE)*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  973.325.1500
xbailliard@csglaw.com
mrauchway@csglaw.com

*Attorneys for Defendant/Counterclaim Plaintiff DMD Chicken, LLC; and Defendants Frederick Burgess and Jack Flechner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual, <br><br> Defendants. | Case No.  2:25-cv-00453-JAD-NJK <br><br> **STIPULATION AND ORDER TO SET NEW MOTION BRIEFING SCHEDULE DUE TO FILING OF AMENDED COUNTERCLAIM [ECF 44]** <br><br> **(FIRST REQUEST)** <br><br> ECF Nos. 32, 34, 36 |
| DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual, <br><br> Counterclaim Plaintiffs, <br><br> vs. | |

| | |
|---|---|
| 1 2 3 4 5 6 7 | BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual; and MATTHEW PIEKARSKI, an individual,<br><br>Counterclaim Defendants. |

**STIPULATION AND ORDER TO SET NEW MOTION BRIEFING SCHEDULE DUE TO FILING OF AMENDED COUNTERCLAIM [ECF NO. 44]**

Defendants/Counterclaim Plaintiffs DMD CHICKEN, LLC ("DMD"), FREDERIC BURGESS ("Burgess") AND JACK FLECHNER ("Flechner"), and Counterclaim Defendants BC LICENSING, LLC ("BC Licensing"); BCIP, LLC ("BCIP"); JRS HOSPITALITY, LLC ("JRS"); PERRY ROGERS ("Rogers"); SHAQUILLE O'NEAL ("O'Neal"); COREY JENKINS ("Jenkins"); JOSHUA HALPERN ("Halpern"); MATTHEW SILVERMAN ("Silverman"); and SAMUEL STANOVICH ("Stanovich") (collectively, the "Counterclaim Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 30, 2025, BC Licensing, BCIP, Halpern, Silverman, and Stanovich filed their Motion to Dismiss DMD's Counterclaims [ECF No. 32] (the "BC Licensing Motion").

2. On April 30, 2025, O'Neal and JRS filed their Motion to Dismiss DMD's Counterclaims [ECF No. 34] (the "JRS Motion") (along with the BC Licensing Motion, the "Motions").

3. On May 2, 2025, Jenkins and Rogers filed their Joinder to the BC Licensing Motion [ECF No. 37].

4. On May 5, 2025, the Court set the Motions for hearing on June 3, 2025, at 1:30 p.m. [ECF No. 38].

5. On March 12, 2025, the Court granted a Stipulation and Order to extend the Opposition deadline to the Motions to May 30, 2025, and to reset the hearing on the Motions to July 7, 2025, at 1:30 p.m.

Page **2** of **4**

**Error! Unknown document property name.**

6. On May 21, 2025, Counterclaim Plaintiffs DMD, Burgess, and Flechner filed an Amended Counterclaim against the Counterclaim Defendants, along with one additional counterclaim defendant Matthew Piekarski [ECF No. 44] (the "Amended Counterclaim"). The Amended Counterclaim was filed as a matter of course under FRCP 15(a)(1)(B).

7. "The filing of an amended complaint generally moots a pending motion to dismiss unless the amended complaint is substantially identical to the original complaint." *Zimmerman v. PeaceHealth*, 701 F.Supp.3d 1099, 1108 (W.D. Wash. 2023). Although the Parties disagree whether the Amended Counterclaim is substantially identical to DMD's original Counterclaim, and "defendants should not be required to file a new motion to dismiss simply because an amended pleading was introduced while their motion was pending," *id*. (internal quotation marks and citation omitted), Counterclaim Defendants agree to re-file their Motions and Joinder based on the Amended Counterclaim.

8. Counterclaim Defendants will file their Motions to Dismiss the Amended Counterclaim on or before Monday June 9, 2025. Counterclaimants will file their Opposition on or before June 23, 2025. Counterclaim Defendants will file their Reply on or before June 30, 2025.

9. This briefing schedule will not impact the current hearing of the Motions on July 7, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of May, 2025.

**BAILEY❖KENNEDY**

By: */s/ Joseph A. Liebman*
    JOSEPH A. LIEBMAN
    JAROD B. PENNIMAN

**CHIESA SHAHINIAN**
**& GIANTOMASI PC**
XAVIER M. BAILLIARD
*(ADMITTED PRO HAC VICE)*
MARISA RAUCHWAY
*(ADMITTED PRO HAC VICE)*

*Attorneys for Defendants/Counterclaim Plaintiffs DMD Chicken, LLC, Frederick Burgess and Jack Flechner*

DATED this 29th day of May, 2025.

**GREENBERG TRAURIG, LLP**

By: */s/ Akke Levin*
    MARK E. FERRARIO, ESQ.
    Nevada Bar No. 01625
    AKKE LEVIN, ESQ.
    Nevada Bar No. 09102
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

*Attorneys for Counterclaim Defendants BC Licensing, LLC; Shaquille O'Neal; and JRS Hospitality, LLC*

DATED this 29th day of May, 2025.

**GORDON REES SCULLY**
**MANSUKHANI, LLP**

By: */s/ Bradley G. Taylor*
    BRADLEY G. TAYLOR, ESQ.
    Nevada Bar No. 13778
    300 So. 4th Street, Suite 1550
    Las Vegas, Nevada 89101

*Attorneys for Counterclaim Defendants BC Licensing, LLC; BCIP, LLC; Joshua Halpern; Matthew Silverman; Samuel Stanovich; Corey Jenkins; and Perry Rogers*

## ORDER

Based on the parties' stipulation [ECF No. 46] and with good cause appearing, IT IS SO ORDERED. IT IS FURTHER ORDERED that the motions to dismiss the now-superseded counterclaims **[ECF Nos. 32, 34] are DENIED as moot.** The motions to dismiss the amended counterclaim will be heard at the already scheduled July 7, 2025, hearing.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2025

Error! Unknown document property name.