BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: btaylor@grsm.com

CALVIN E. DAVIS, ESQ.
(*Admitted Pro Hac Vice*)
CANDICE S. NAM, ESQ.
(*Admitted Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90017
Telephone: (213) 576-5000
Email: cdavis@grsm.com
Email: cnam@grsm.com

*Attorneys for Counterclaim Defendants*
*BC Licensing, LLC, BCIP, LLC, Joshua Halpern, Matthew Silverman,*
*Perry Rogers, Samuel Stanovich, Corey Jenkins, and Matthew Piekarski*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada Limited Liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-00453-CDS-NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANT MATTHEW PIEKARSKI TO FILE A RESPONSIVE PLEADING TO COUNTERCLAIMANTS' AMENDED COUNTERCLAIM [ECF NO. 44]**<br>**(FIRST REQUEST)** |
| DMD CHICKEN, LLC, a Florida limited liability company,<br><br>　　　　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a | |

-1-

| | |
|---|---|
| | Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual, and MATTHEW PIEKARSKI, an individual, |
| | Counterclaim Defendants. |

**STIPULATION AND ORDER FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANT MATTHEW PIEKARSKI TO FILE A RESPONSIVE PLEADING TO COUNTERCLAIMANTS' AMENDED COUNTERCLAIM [ECF NO. 44]**

Defendants/counterclaimants DMD Chicken, LLC, Frederick Burgess, and Jack Flechner (collectively, "Counterclaimants") and counterclaim defendants BC Licensing, LLC, BCIP, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, JRS Hospitality, LLC, and Shaquille O'Neal, along with counterclaim defendant Matthew Piekarski ("Counterclaim Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 21, 2025, Counterclaimants filed an Amended Counterclaim against the counterclaim defendants BC Licensing, LLC, BCIP, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, JRS Hospitality, LLC, and Shaquille O'Neal, along with the addition of Counterclaim Defendant [ECF No. 44] (the "Amended Counterclaim"). The Amended Counterclaim was filed as a matter of course under FRCP 15(a)(1)(B).

2. Counterclaim Defendant was not previously listed as a party in the Counterclaim filed by Counterclaimants [ECF No. 6].

3. On June 13, 2025, service of process for Counterclaim Defendant was accepted initially by Mark D. Ferrario and Akke Levin of Greenberg Traurig, LLP on June 13, 2025. [ECF No. 57].

4. Based on the service date of June 13, 2025, the deadline to file a responsive pleading on behalf of Counterclaim Defendant is July 7, 2025, under FRCP 12(a)(1)(B).

5. On June 27, 2025, it was confirmed that Calvin E. Davis and Candice S. Nam of

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

1  Gordon Rees Scully Mansukhani, LLP, through their local counsel Bradley G. Taylor of Gordon
2  Rees Scully Mansukhani, LLP, would be representing Counterclaim Defendant. On July 2, 2025,
3  verified petitions for Calvin E. Davis and Candice S. Nam to represent Counterclaim Defendant
4  *pro hac vice* were filed. [ECFs Nos. 68, 69.]

5        6.     There are currently pending two Motions to Dismiss the Amended Counterclaims,
6  one filed on behalf of counterclaim defendants JRS Hospitality, LLC and Shaquille O'Neal [ECF
7  No. 52], and one on behalf of counterclaim defendants BC Licensing, LLC, BCIP, LLC,
8  Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, and Samuel Stanovich ECF
9  No. 51].

10       7.     Given the recent change in representation of Counterclaim Defendant, along with
11 the pending Motions to Dismiss, the parties believe good cause exists to extend the deadline for
12 Counterclaim Defendant to file a responsive pleading by fourteen (14) days, such that the
13 deadline would now be July 21, 2025.

14       8.     This is the first stipulation for extension of time to file a responsive pleading on
15 behalf of Counterclaim Defendant.  LR IA 6-1; LR 26-3.

16       9.     This stipulation is made in good faith and not to delay the proceedings.  The
17 parties do not anticipate that the current Scheduling Order [ECF No. 65] amended on June 30,
18 2025, will be impacted by this request.

19      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

IT IS SO ORDERED.
Dated: July 3, 2025

Nancy J. Koppe
United States Magistrate Judge

-3-