```
1   BRADLEY G. TAYLOR, ESQ.
    Nevada Bar No. 13778
2   GORDON REES SCULLY MANSUKHANI, LLP
    300 So. 4th Street, Suite 1550
3   Las Vegas, Nevada 89101
    Telephone: (702) 577-9300
4   Facsimile: (702) 255-2858
    E-Mail: btaylor@grsm.com
5
    CALVIN E. DAVIS, ESQ.
6   (Admitted Pro Hac Vice)
    CANDICE S. NAM, ESQ.
7   (Admitted Pro Hac Vice)
    GORDON REES SCULLY MANSUKHANI, LLP
8   633 W. Fifth Street, 52nd Floor
    Los Angeles, CA 90017
9   Telephone: (213) 576-5000
    Email: cdavis@grsm.com
10  Email: cnam@grsm.com

11  Attorneys for Counterclaim Defendants
    BC Licensing, LLC, Joshua Halpern, Matthew Silverman,
12  Perry Rogers, Samuel Stanovich, Corey Jenkins, and Matthew Piekarski
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada Limited Liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual,<br><br>      Defendants. | Case No.: 2:25-cv-00453-CDS-NJK<br><br>ORDER GRANTING STIPULATION FOR **AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]**<br><br>**(FIRST REQUEST)** |
| DMD CHICKEN, LLC, a Florida limited liability company,<br><br>      Counterclaim Plaintiff,<br><br>vs.<br><br>BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a | |

-1-

| | |
|---|---|
| 1 | Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual, and MATTHEW PIEKARSKI, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaim Defendants. |

**STIPULATION AND ORDER FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]**

**[FIRST REQUEST]**

Defendants/counterclaimants DMD Chicken, LLC, Frederick Burgess, and Jack Flechner (collectively, "Counterclaimants") and counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal (collectively, "Counterclaim Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 25, 2025, Counterclaimants filed a Second Amended Counterclaim against the counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal [ECF No. 77] (the "Second Amended Counterclaim"). The Second Amended Counterclaim was filed after the Court's ruling on counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, and Samuel Stanovich's Motion to Dismiss [ECF No. 51], along with now-dismissed defendant BCIP, LLC, and counterclaim defendant Shaquille O'Neal's Motion to Dismiss [ECF No. 52], along with now-dismissed defendant JRS Hospitality, LLC, as a matter of course under FRCP 15(a)(2). [ECF No. 74.]

2. Based on the service date of July 25, 2025, the deadline to file responsive pleadings on behalf of Counterclaim Defendants is August 8, 2025, under FRCP 15(a)(3).

3. The parties have been engaged in settlement discussions, and require additional time to complete documentation thereof. Given these discussions, the parties believe good cause exists to extend the deadlines for Counterclaim Defendants to file responsive pleadings by

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1 twenty-one (21) days, such that the deadline would now be August 29, 2025.

2     4.    This is the first stipulation for extension of time to file responsive pleadings on behalf of Counterclaim Defendants as to the Second Amended Counterclaim.  LR IA 6-1; LR 26-3.

5     5.    This stipulation is made in good faith and not to delay the proceedings.

6 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7 ///

8 ///

IT IS SO ORDERED.
Dated: August 8, 2025

Nancy J. Koppe
United States Magistrate Judge

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

-3-