1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| 16 | BC LICENSING, LLC, a Nevada Limited Liability company, | Case No.:   2:25-cv-00453-CDS-NJK |
|---|---|---|
| 17 | | ORDER GRANTING STIPULATION FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]

(SECOND REQUEST) |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |
| 24 | DMD CHICKEN, LLC, a Florida limited liability company, | |
| 25 | Counterclaim Plaintiff, | |
| 26 | vs. | |
| 27 | BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a | |
| 28 | | |

-1-

|   |   |
|---|---|
| 1 | Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual, and MATTHEW PIEKARSKI, an individual, |

Counterclaim Defendants.

### STIPULATION AND ORDER FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]

### [SECOND REQUEST]

Defendants/counterclaimants DMD Chicken, LLC, Frederick Burgess, and Jack Flechner (collectively, "Counterclaimants") and counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal (collectively, "Counterclaim Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  On July 25, 2025, Counterclaimants filed a Second Amended Counterclaim against the counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal [ECF No. 77] (the "Second Amended Counterclaim").  The Second Amended Counterclaim was filed after the Court's ruling on counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, and Samuel Stanovich's Motion to Dismiss [ECF No. 51], along with now-dismissed defendant BCIP, LLC, and counterclaim defendant Shaquille O'Neal's Motion to Dismiss [ECF No. 52], along with now-dismissed defendant JRS Hospitality, LLC, as a matter of course under FRCP 15(a)(2).  [ECF No. 74.]

2.  Based on the service date of July 25, 2025, the deadline to file responsive pleadings on behalf of Counterclaim Defendants was August 8, 2025, under FRCP 15(a)(3).

3.  On August 7, 2025, the parties submitted the First Request to extend the time to file responsive pleading.  [ECF No. 78.]

4.  On August 8, 2025, the Court granted the First Request, and the new deadline for

1  Counterclaim Defendants to file responsive pleadings was August 29, 2025. [ECF No. 79.]

2      5.    The parties have been continued to engage in settlement discussions, and require more time than initially contemplated to complete documentation thereof. Given these discussions, the parties believe good cause exists to extend the deadlines for Counterclaim Defendants to file responsive pleadings by an additional twenty-one (21) days, such that the deadline would now be September 19, 2025.

    6.    This is the second stipulation for extension of time to file responsive pleadings on behalf of Counterclaim Defendants as to the Second Amended Counterclaim. LR IA 6-1; LR 26-3.

    7.    This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

IT IS SO ORDERED
Dated: September 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge