1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BC LICENSING, LLC, a Nevada Limited Liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual,<br><br>        Defendants.<br><br>DMD CHICKEN, LLC, a Florida limited liability company,<br><br>        Counterclaim Plaintiff,<br><br>vs.<br><br>BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a | Case No.:  2:25-cv-00453-CDS-NJK<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSE TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]**<br><br>**(THIRD REQUEST)** |
|---|---|

-1-

ACTIVE 714793000v1

| | |
|---|---|
| 1 | Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual, and MATTHEW PIEKARSKI, an individual, |

Counterclaim Defendants.

**STIPULATION AND ORDER FOR AN EXTENSION OF THE DEADLINE OF COUNTERCLAIM DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM [ECF NO. 77]**

**[THIRD REQUEST]**

Defendants/counterclaimants DMD Chicken, LLC, Frederick Burgess, and Jack Flechner (collectively, "Counterclaimants") and counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal (collectively, "Counterclaim Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  On July 25, 2025, Counterclaimants filed a Second Amended Counterclaim against the counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, Samuel Stanovich, Matthew Piekarski, and Shaquille O'Neal [ECF No. 77] (the "Second Amended Counterclaim"). The Second Amended Counterclaim was filed after the Court's ruling on counterclaim defendants BC Licensing, LLC, Matthew Silverman, Corey Jenkins, Perry Rogers, Joshua Halpern, and Samuel Stanovich's Motion to Dismiss [ECF No. 51], along with now-dismissed defendant BCIP, LLC, and counterclaim defendant Shaquille O'Neal's Motion to Dismiss [ECF No. 52], along with now-dismissed defendant JRS Hospitality, LLC, as a matter of course under FRCP 15(a)(2). [ECF No. 74.]

2.  Based on the service date of July 25, 2025, the deadline to file responsive pleadings on behalf of Counterclaim Defendants was August 8, 2025, under FRCP 15(a)(3).

3.  On August 7, 2025, the parties submitted their First Request to extend the time to file responsive pleading. [ECF No. 78.]

4.  On August 8, 2025, the Court granted the First Request, and the new deadline

-2-

1 | for Counterclaim Defendants to file responsive pleadings was August 29, 2025. [ECF No.
2 | 79.]
3 |     5.    On August 28, 2025, the parties submitted their Second Request to extend the
4 | time to file responsive pleading. [ECF No. 80.]
5 |     6.    On September 9, 2025, the Court granted their Second Request, and the new
6 | deadline for Counterclaim Defendants to file responsive pleadings is September 19, 2025.
7 | [ECF No. 81.]
8 |     7.    The parties are close to finalizing the main settlement agreement but need more
9 | time to finalize all necessary documents and terms. Given this progress, the parties believe
10 | good cause exists to extend the deadlines for Counterclaim Defendants to file their responses
11 | to the Second Amended Counterclaim by an additional twenty-one (21) days, such that the
12 | deadline would be October 10, 2025.
13 |     8.    This is the third stipulation for extension of time to file responsive pleadings on
14 | behalf of Counterclaim Defendants as to the Second Amended Counterclaim. LR IA 6-1; LR
15 | 26-3.
16 |     9.    This stipulation is made in good faith and not to delay the proceedings.
17 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**IT IS SO ORDERED**
Dated: September 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

ACTIVE 714793000v1