# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, <br>     Plaintiff, <br> v. <br> DMD CHICKEN, LLC, et al., <br>     Defendants. | Case No. 2:25-cv-00453-JAD-NJK <br><br> **Order** <br><br> [Docket Nos. 84, 85] |

Pending before the Court are the parties' stipulation and amended stipulation for an extension of Counterdefendants' deadline to file a response to Counterclaimants' second amended counterclaim.  Docket Nos. 84, 85.

The Court previously set the deadline to October 10, 2025.  Docket No. 83.

The parties submit that they have finalized the main settlement document and are close to finalizing the terms of a related settlement document but need additional time to do so.  *See* Docket Nos. 85 at 3; 84 at 3.  The only distinction between the two filings before the Court is an apparent error in calculating the deadline in the initial stipulation.  *See* Docket No. 84 at 3 (requesting a twenty-one-day extension from October 10 to October 30); *see also* Docket No. 85 at 3 (requesting the deadline be reset to October 31, 2025).

For good cause shown, the Court **GRANTS** the amended stipulation and **RESETS** the deadline to October 31, 2025.  Docket No. 85.  The stipulation is **DENIED** as moot.  Docket No. 84.

IT IS SO ORDERED.

Dated: October 14, 2025

                                                        Nancy J. Koppe <br>
                                                        United States Magistrate Judge