MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email:  ferrariom@gtlaw.com
        akke.levin@gtlaw.com

*Attorneys for BC Licensing, LLC, JRS Hospitality, LLC, and Shaquille O'Neal*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company, | Case No. 2:25-cv-00453-CDS-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DMD CHICKEN, LLC, a Florida limited liability company; FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual, | ECF No. 87 |
| Defendants. | |
| DMD CHICKEN, LLC, a Florida limited liability company, FREDERICK BURGESS, an individual; and JACK FLECHNER, an individual | |
| Counterclaim-Plaintiffs | |
| v. | |
| BC LICENSING, LLC, a Nevada limited liability company; BCIP, LLC, a Nevada limited liability company; JRS HOSPITALITY, LLC, a Nevada limited liability company; PERRY ROGERS, an individual; SHAQUILLE O'NEAL, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; | |

1

|   |   |
|---|---|
| 1 | MATTHEW SILVERMAN, an individual; |
| 2 | SAMUEL STANOVICH, an individual; and MATTHEW PIEKARSKI, an individual, |
| 3 | Counterclaim Defendants |

IT IS HEREBY STIPULATED, between Plaintiff/Counter-defendant BC LICENSING, LLC; Defendant/Counterclaimants DMD CHICKEN, LLC, FREDERICK BURGESS, and JACK FLECHNER; and Counterclaim Defendants BCIP, LLC, JRS HOSPITALITY, LLC, PERRY ROGERS, SHAQUILLE O'NEAL, COREY JENKINS, JOSHUA HALPERN, MATTHEW SILVERMAN, SAMUEL STANOVICH, and MATTHEW PIEKARSKI (collectively "the "Parties"), by and through their respective undersigned counsel of record, that all claims and counterclaims asserted by the Parties in this case shall be and hereby are dismissed with prejudice,

/ / /

/ / /

with each Party to bear his or its own attorneys' fees and costs.

Dated this 14th day of November 2025.

**GREENBERG TRAURIG, LLP**

By: /s/ Akke Levin
MARK E. FERRARIO
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff BC Licensing, LLC, JRS Hospitality, LLC, and Shaquille O'Neal*

Dated this 14th day of November 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Candice S. Nam
BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

CALVIN E. DAVIS, ESQ. (*pro hac vice*)
CANDICE S. NAM, ESQ. (*pro hac vice*)
633 West Fifth St., 52nd Floor
Los Angeles, CA 90071

*Attorneys for Counterclaim Defendants BC Licensing, LLC; BCIP, LLC; Joshua Halpern; Matthew Silverman; Samuel Stanovich; Corey Jenkins; Perry Rogers; and Matthew Piekarski*

Dated this 14th day of November 2025.

**BAILEY KENNEDY**

By: /s/ Jarod B. Penniman
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
NEVADA BAR NO. 16299
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

XAVIER M. BAILLIARD
*Pro Hac Vice*
MARISA RAUCHWAY
*Pro Hac Vice*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973.325.1500
xbailliard@csglaw.com
mrauchway@csglaw.com

*Attorneys Defendants/Counter-Plaintiffs*

### ORDER

Based on the parties' stipulation **[ECF No. 87]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2025